NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THERASENSE, INC. (NOW KNOWN AS ABBOTT DIABETES CARE, INC.) AND ABBOTT LABORATORIES,**
*Plaintiffs-Appellees,*

v.

**BECTON, DICKINSON AND COMPANY AND NOVA BIOMEDICAL CORPORATION,**
*Defendants-Appellants,*

AND

**BAYER HEALTHCARE LLC,**
*Defendant.*

---

2012-1504

---

Appeal from the United States District Court for the Northern District of California in consolidated case nos. 04-CV-2123, 04-CV-3327, 04-CV-3732, and 05-CV-3117, Judge William H. Alsup.

---------------------------------------------------------------------

**THERASENSE, INC. (NOW KNOWN AS ABBOTT DIABETES CARE, INC.) AND ABBOTT LABORATORIES,**

*Plaintiffs-Appellants,*

v.

## BECTON, DICKINSON AND COMPANY AND NOVA BIOMEDICAL CORPORATION,
*Defendants-Appellees,*

AND

## BAYER HEALTHCARE LLC,
*Defendant-Appellee.*

---

2012-1365, -1503

---

Appeals from the United States District Court for the Northern District of California in consolidated case nos. 04-CV-2123, 04-CV-3327, 04-CV-3732, and 05-CV-3117, Judge William H. Alsup.

---

ON MOTION

---

ORDER

Upon consideration of Therasense, Inc. and Abbott Laboratories's unopposed motion to withdraw appeals 2012-1365 and 2012-1503,

IT IS ORDERED THAT:

(1) The motion is granted. The appeals are dismissed.

3        THERASENSE, INC. V. BECTON DICKINSON AND COMPANY

(2)  Each side shall bear its own costs in 2012-1365 and 2012-1503.

(3)  The revised official caption in 2012-1504 is reflected above.  Becton's principal brief in 2012-1504 is due within 30 days of the date of filing of this order.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s25


Issued As A Mandate (For 2012-1365 and 2012-1503 Only):  __OCT 2 3 2012__